IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

LARRY BERNARD JOHNSON,

     Plaintiff,

v.                            Case No. 1:17cv248-MW/CAS

NANCY A. BERRYHILL,
**Deputy Commissioner for Operations,**
**Social Security Administration,**

     Defendant.
_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 19, and has also reviewed *de novo* Plaintiff's objections to the report and recommendation, ECF No. 20. Accordingly,

**IT IS ORDERED**:

The report and recommendation is **accepted and adopted**, over Plaintiff's objections, as this Court's opinion. The Clerk shall enter judgment stating, "The decision of the Commissioner to deny Plaintiff's application for Social Security benefits is **AFFIRMED** and Judgment entered for the Defendant." As the Magistrate made plain, the ALJ did not reject the opinions at issue just because the opinions relied on subjective

statements. Rather, the ALJ explained in detail why the opinions were afforded little weight given the entire record. The Clerk shall close the file.

**SO ORDERED on July 13, 2018.**

**s/Mark E. Walker          **
**Chief United States District Judge**
